**UNITED BONDING INS. CO., Plaintiff-Appellant,**

v.

**Herschel A. GENTRY, Trustee in Bankruptcy for E. O. Cooley Constr. Co., et al., Defendants-Appellees.**

**No. 29728**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

July 26, 1971.

Harvey C. Koch, Beard, Blue, Schmitt & Treen, New Orleans, La., for appellant, United Bonding Ins. Co.

Frank M. Coates, Jr., Taylor, Porter, Brooks & Phillips, Baton Rouge, La., for defendant-appellees, Herschel A. Gentry, E. O. Cooley Const. Co. and others.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed.   See Local Rule 21.[1]

---

* Rule 18, 5th Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

1. *See* NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.

**Malcolm J. SAULSBURY, II, Petitioner-Appellant,**

v.

**UNITED STATES of America, Respondent-Appellee.**

**No. 71–1666**

**Summary Calendar.***

United States Court of Appeals, Fifth Circuit.

July 30, 1971.

Jack M. Kinnebrew, Dallas, Tex., for petitioner-appellant.

Eldon B. Mahon, U. S. Atty., Charles D. Cabaniss, William F. Sanderson, Jr., Asst. U. S. Attys., Dallas, Tex., for respondent-appellee.

Before THORNBERRY, MORGAN and CLARK, Circuit Judges.

PER CURIAM:

Affirmed.   See Local Rule 21.[1]

---

* Rule 18, 5th Cir.; *see* Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5th Cir. 1970, 431 F.2d 409, Part I.

1. *See* NLRB v. Amalgamated Clothing Workers of America, 5th Cir. 1970, 430 F.2d 966.